**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Vincent Clark Espinoza, | ) | Case No.  1:20-cr-130 |
| | ) | |
| Defendant. | ) | |

On September 8, 2020, defendant filed a motion requesting the court to reconsider its order of detention.  Defendant advises that he has been accepted into an inpatient treatment program at Heartview in Bismarck, North Dakota.  He requests to be released on September 10, 2020, so that he can begin treatment

The court **GRANTS** defendant's motion (Doc. No. 20).  Defendant shall be released to a family member no earlier than 8:00 a.m. on September 10, 2020, for immediate transport to Heartview in Bismarck.  While on release, defendant shall comply with the following conditions:

(1)     Defendant shall not violate federal, state, tribal, or local law while on release.

(2)     Defendant shall appear in court as required and surrender for any sentence imposed.

(3)     Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection progress or specimen may be considered the same as

a positive test.

(4)     Defendant shall report to the Pretrial Services Officer at such times and in such

manner as designated by the Officer.

(5)     Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6)     Defendant shall reside at Heartview, fully participate in its inpatient programming,

and comply with all of its rules and regulations.  Upon his arrival, he shall contact

Pretrial Services Officer Baily Kruger at (701) 297-2414.

(7)     Defendant shall sign all releases of information requested by the Pretrial Services

Officer so that his progress and participation in treatment may be monitored.

(8)     Upon his discharge from the inpatient treatment program, defendant shall

immediately report to the United States Marshal's office in Bismarck with the

understanding that he shall be detained pending further order of the court.

**IT IS SO ORDERED**.

Dated this 9th day of September, 2020.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court

2